IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **KORDY RICE,** <br><br> Plaintiff, <br><br> v. <br><br> **FIELDER, et al.,** <br><br> Defendants. | 2:18-cv-02743-DMC <br><br> **ORDER GRANTING LEAVE TO TAKE DEPOSITION OF PLAINTIFF VIA VIDEO CONFERENCE** <br><br> Judge: The Hon. Dennis M. Cota <br> Action Filed: October 11, 2018 |

Good cause having been shown, Defendants' motion for leave to take the deposition of Plaintiff via video conference is granted.

**IT IS SO ORDERED.**

Dated: March 16, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1