| | |
|---|---|
| **KORDY RICE,** <br><br> Plaintiff, <br><br> v. <br><br> **FIELDER, et al.,** <br><br> Defendants. | 2:18-cv-02743 DMC <br><br> **ORDER** <br><br><br> Judge:  The Hon. Dennis M. Cota <br> Action Filed:  October 11, 2018 |

**ORDER**

Good cause appearing, the request of Defendants for a 60-day extension of time to respond to Plaintiff's interrogatories, set one, propounded on Defendant Fielder, is GRANTED. Defendant Fielder shall have until June 29, 2020, to provide responses to Plaintiff's interrogatories, set one, propounded on Defendant Fielder.

**IT IS SO ORDERED.**

Dated: April 29, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1