**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KORDY RICE,<br><br>    Plaintiff,<br><br>    v.<br><br>WETTERER, et al.,<br><br>    Defendants. | No.  2:18-CV-2743-DMC-P<br><br><br><u>ORDER</u> |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The Court has reviewed the defendants' motion to modify the scheduling order. <u>See</u> ECF No. 23. Good cause appearing, the Court grants the motion to modify the discovery and scheduling order (ECF No. 17) issued January 22, 2020, by extending the deadlines by 90 days each for service of discovery, service of deposition notices, and submission of dispositive deadlines. The last day to serve discovery or deposition notices will be extended up to and including August 24, 2020. The last date to file a dispositive motion will be extended up to and including November 23, 2020.

IT IS SO ORDERED.

Dated:  June 4, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1