**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KORDY RICE, | No.  2:18-CV-2743-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| FIELDER, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 38, for a hearing on his pending motions to compel.  Plaintiff's motion is denied because, under the Court's local rules, motions in prisoner cases are submitted on the papers without hearing.  See Local Rule 230(l).

IT IS SO ORDERED.

Dated:  November 19, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1