IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORDY RICE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FIELDER, et al.,<br><br>　　　　Defendants. | No.  2:18-CV-2743-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Defendants' unopposed motion, ECF No. 34, to modify the schedule for this litigation. On August 13, 2020, the Court issued an order permitting discovery through August 24, 2020, and requiring dispositive motions be filed on or before November 23, 2020. See ECF No. 29.  Defendant now seeks an unspecified extension of time within which to take Plaintiff's deposition and file a dispositive motion.  Good cause appearing therefor, and no opposition to the motion having been filed, Defendant's motion will be granted.

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's unopposed motion, ECF No. 34, for modification of the schedule is granted;

2. Written discovery, except as otherwise may be ordered by the Court, has closed;

3. The parties may take depositions through February 12, 2021;

4. All dispositive motions shall be filed within 60 days after the deposition cut-off date specified above; and

5. Defendants' request for status, ECF No. 40, is denied as unnecessary.

Dated:  November 19, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE