**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KORDY RICE, | No. 2:18-CV-2743-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| FIELDER, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 45, for a ruling on his pending motion to compel. By separate orders, the Court has ruled on all pending discovery motions. Accordingly, Plaintiff's motion for a ruling is denied as unnecessary.

IT IS SO ORDERED.

Dated: February 9, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1