IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORDY RICE, | No. 2:18-CV-2743-DMC-P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| FIELDER, et al., | |
| Defendants. | |

   Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion to compel responses to interrogatories. <u>See</u> ECF No. 31.

   Plaintiff seeks an order directing Defendant Fielder to provide responses to his interrogatories, set one. A review of the docket reflects that, on April 30, 2020, the Court granted Defendant's ex parte application for an extension of time to respond to Plaintiff's interrogatories, set one. <u>See</u> ECF No. 26. Defendant's responses were due to be served on Plaintiff on or before June 29, 2020. <u>See id.</u> Though Plaintiff's motion to compel appears to be premature in that it was signed on June 28, 2020 – the day before responses were due – and provided to prison officials for mailing that same day, the Court is concerned that responses may not have been served. Defendant has not responded to Plaintiff's motion or otherwise indicated that discovery responses were timely served. Given this concern, the Court will grant Plaintiff's motion and

direct Defendant Fielder to provide responses within 14 days of the date of this order if he has not already done so, and to file a notice with the Court that responses have been served.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to compel responses to interrogatories, set one, ECF No. 31, is granted;

2. If he has not already done so, Defendant Fielder shall serve responses to Plaintiff's interrogatories, set one, within 14 days of the date of this order;

3. Within 14 days of the date of this order, Defendant Fielder shall file notice with this court documenting timely service of responses to Plaintiff's interrogatories, set one;

4. Any motion to compel challenging the sufficiency of Defendant Fielder's responses to Plaintiff's interrogatories, set one, shall be filed within 30 days of the date of this order; and

5. The Court sua sponte extends the dispositive motion filing deadline to May 3, 2021.

Dated:  February 9, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE