UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORDY RICE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FIELDER, et al.,<br><br>　　　　　Defendants. | No. 2:18-cv-02743-TLN-DMC<br><br>**ORDER** |

This matter is before the Court on Plaintiff Kordy Rice's ("Plaintiff") Motion for Reconsideration of the United States Magistrate Judge's November 20, 2020 Order (ECF No. 41). (ECF No. 43.) For the reasons set forth herein, Plaintiff's Motion is DENIED.

Plaintiff, a prisoner proceeding *pro se*, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21).

On November 20, 2020, the magistrate judge issued an Order denying Plaintiff's motion for a hearing on his pending motions to compel, noting that "under the Court's local rules, motions in prisoner cases are submitted on the papers without hearing." (ECF No. 41 (citing E.D. Cal. L.R. 230(l)).)

///

///

1

Pursuant to Eastern District of California Local Rule 303(f), a magistrate judge's order shall be upheld unless "clearly erroneous or contrary to law." E.D. Cal. L.R. 303(f). Under that standard, the Court must accept the magistrate judge's decision unless it has a "definite and firm conviction that a mistake has been committed." *Concrete Pipe & Prods. of Cal., Inc. v. Const. Laborers Pension Trust for So. Cal.*, 508 U.S. 602, 622 (1993); *Husain v. Olympic Airways*, 316 F.3d 829, 835 (9th Cir. 2002). Hence, the standard is "significantly deferential." *Concrete Pipe*, 508 U.S. at 623.

Upon review of the entire file, the Court is not persuaded that the magistrate judge's ruling was clearly erroneous or contrary to law. In particular, Plaintiff seeks a hearing on motions that have already been resolved. The November 20, 2020 Order is therefore affirmed.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's Motion for Reconsideration (ECF No. 43) is DENIED;

2. The Magistrate Judge's November 20, 2020 Order (ECF No. 41) is AFFIRMED; and

3. No further motions for reconsideration of this Order will be considered.

IT IS SO ORDERED.

DATED: April 13, 2021

Troy L. Nunley
United States District Judge