IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORDY RICE,<br><br>        Plaintiff,<br><br>   v.<br><br>FIELDER, et al.,<br><br>        Defendants. | No.  2:18-CV-2743-TLN-DMC-P<br><br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion, ECF No. 51, for a default judgment.

On March 3, 2021, Plaintiff filed both a request for entry of default as to Defendant Fielder, see ECF No. 50, and the instant motion for a default judgment based on failure to respond in the action, see ECF No. 51.  On March 5, 2021, the Clerk of the Court declined to enter Defendant Fielder's default because the docket reflects that Defendant Fielder filed an answer on January 16, 2020.  See ECF No. 52.  Because Defendant Fielder is not in default for failure to respond, Plaintiff's motion for a default judgment on that basis should be denied.

/ / /

/ / /

/ / /

1

Based on the foregoing, the undersigned recommends that Plaintiff's motion, ECF No. 51, for a default judgment on the basis of failure to respond be denied.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within 14 days after being served with these findings and recommendations, any party may file written objections with the Court. Responses to objections shall be filed within 14 days after service of objections. Failure to file objections within the specified time may waive the right to appeal. See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: October 19, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE