IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORDY RICE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FIELDER, et al.,<br><br>　　　　　Defendants. | No.  2:18-cv-02743-TLN-DMC<br><br>**ORDER** |

  Plaintiff, a prisoner proceeding *pro se*, brings this civil rights action pursuant to  42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

  On October 20, 2021, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein.  (ECF No. 65.)  No objections to the findings and recommendations have been filed.

  The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 20, 2021, (ECF No. 65), are adopted in full; and

2. Plaintiff's motion, (ECF No. 51), for a default judgment on the basis of failure to respond is DENIED.

**DATED:  January 10, 2022**

Troy L. Nunley
United States District Judge

2