**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KORDY RICE, | No. 2:18-CV-2743-TLN-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| FIELDER, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

Pursuant to the District Judge's March 29, 2022, order, this action now proceeds against Defendant Fielder only, who is also proceeding pro se, who has been served, and who has failed to appear in the action. See ECF No. 73. The docket further reflects a number of pending motions filed by Plaintiff with respect to Defendant Fielder, see ECF Nos. 63 and 67, as well as a brief filed by Plaintiff in support of an award of sanctions against Defendant Fielder for failure to comply with a prior discovery order, see ECF Nos. 64 and 66. The docket, however, does not reflect that Plaintiff has taken any further steps to prosecute his action against Defendant Fielder, such as a request for entry of default by the Clerk of the Court.

///

///

1

Within 30 days of the date of this order, Plaintiff shall take such further steps as he deems appropriate to prosecution this action as against Defendant Fielder. Plaintiff is cautioned that failure to do so may result in dismissal of the action and denial of all pending motions for lack of prosecution. See Local Rule 110.

IT IS SO ORDERED.

Dated: April 27, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2