# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| KORDY RICE, | No. 2:18-CV-2743-TLN-DMC-P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| FIELDER, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court are Plaintiff's motions, ECF Nos. 88 and 89, for a ruling on Plaintiff's motion for default judgment. Plaintiff's motions are granted insofar as the undersigned has addressed Plaintiff's motion for default judgment by findings and recommendations issued herewith. A final decision will be issued by the District Judge.

IT IS SO ORDERED.

Dated: January 3, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE