1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                   **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   KORDY RICE,                              No.  2:18-CV-2743-TLN-DMC-P

12                       Plaintiff,

13           v.                               <u>ORDER</u>

14   FIELDER,

15                       Defendant.

16

17           Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18   42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion, ECF No. 92, for clarification of

19   the Court's January 3, 2023, findings and recommendations.

20           In the January 3, 2023, findings and recommendations, the Court recommended

21   entry of a default judgment against Defendant Fielder in the amount of $5,000.00.  <u>See</u> ECF No.

22   90.  Plaintiff seeks clarification of the findings and recommendations.  <u>See</u> ECF No. 92.

23   Specifically, Plaintiff asks: (1) when he would receive the $5,000.00 default judgment; and (2)

24   who would provide the funds.  <u>See</u> <u>id.</u>

25           The Court grants Plaintiff's motion insofar as those questions are answered herein.

26   First, should the findings and recommendations be adopted by the District Judge, Plaintiff would

27   be responsible for enforcement and collection of the default judgment.  Thus, the timing of

28   payment is dependent on Plaintiff's efforts in that regard and his ability to enforce the judgment.

Second, should the findings and recommendations be adopted by the District Judge, Defendant

Fielder would be liable for payment of the default judgment.

       The Clerk of the Court is directed to terminate ECF No. 92 as a pending motion.

       IT IS SO ORDERED.

Dated:  February 15, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE