UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORDY RICE,<br><br>            Plaintiff,<br><br>    v.<br><br>FIELDER,<br><br>            Defendant. | No. 2:18-CV-02743-TLN-DMC<br><br>**ORDER** |

       Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California Local Rules.

       On January 3, 2023, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

       The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 3, 2023, are ADOPTED IN FULL;

2. Plaintiff's motion (ECF No. 84) for a default judgment is GRANTED;

3. Plaintiff is awarded a default judgement in the amount of $5,000 against Defendant Fielder as sanctions for Defendant Fielder's violation of the Court's discovery order and for failure to defend this action; and

4. The Clerk of the Court is directed to enter judgment and close this file.

**Date:  March 27, 2023**

_____
Troy L. Nunley
United States District Judge