IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORDY RICE, | No. 2:18-CV-2743-TLN-DMC-P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| FIELDER, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Final judgment was entered on March 28, 2023, and this matter is closed.  Pending before the Court is Plaintiff's motion, ECF No. 97, for enforcement of judgment pursuant to Federal Rule of Civil Procedure 70(a).

Rule 70(a) permits this Court to enforce a judgment requiring a party to convey land, deliver a deed or other document, or to perform any other specific act when the party fails to act.  In this case, Plaintiff was awarded a default money judgment in the amount of $5,000.00.  As such, Rule 70(a) is inapplicable and, for this reason, Plaintiff's motion is denied.

IT IS SO ORDERED.

Dated:  April 26, 2023

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1