**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

KORDY RICE,

        Plaintiff,

    v.

JOHN C. FIELDER,

        Defendant.

No.  2:18-CV-2743-TLN-DMC-P

ORDER

        Plaintiff, a prisoner proceeding pro se, brought this civil rights action pursuant to 42 U.S.C. § 1983.  Final judgment was entered on March 28, 2023.  Pending before the Court in this closed case are: (1) Plaintiff's motion for contempt, see ECF No. 111; and (2) Plaintiff's request for a writ of attachment, see ECF No. 112.

        On August 24, 2023, the District Judge denied Plaintiff's motion to set aside the final judgment.  See ECF No. 100.  In that order, the District Judge stated that no further motions would be entertained in this closed case.  See id.  Pursuant to the District Judge's directive, the Court will strike the pending motions.

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1.   Plaintiff's filings at ECF Nos. 111 and 112 are stricken.

2.   The Clerk of the Court is directed to terminate ECF Nos. 111 and 112 as pending motions.

Dated:  February 3, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE